IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TERRI CHURCH, individually and on behalf of others similarly situated, | :<br>:<br>: Case No.: 3:20-cv-135<br>: |
| Plaintiff, | :<br>: JUDGE WALTER H. RICE |
| v. | :<br>: |
| THE PINE CLUB, LLC | :<br>:<br>: |
| Defendant. | : |

## ORDER SUBSTITUTING TRUSTEE AS PARTY PLAINTIFF

Upon motion and for good cause shown, Patricia Friesinger, Esq., Bankruptcy Trustee, is hereby substituted as the party Plaintiff.

Date: 5-13-22

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

5