IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERRI CHURCH. Individually and on,
Behalf of other similarly situated,                       :

                    Plaintiffs,          :   Case No.   3:20cv135

         vs.                              :   JUDGE WALTER H. RICE

THE PINE CLUB, LLC,                              :

              Defendant.

---

DECISION AND ENTRY ACCEPTING JOINT MOTION FOR APPROVAL
OF SETTLEMENT AGREEMENT (DOC. #22), FINDING THE SETTLEMENT
AGREEMENT BETWEEN THE INDIVIDUAL PLAINTIFF AND THE
DEFENDANT IS FAIR, REASONABLE AND IN THE BEST INTEREST OF
THE RESPECTIVE PARTIES; THIS COURT WILL MAINTAIN
CONTINUING JURISDICTION OVER THIS MATTER IN ORDER TO
RESOLVE ANY ISSUE ARISING OUT OF THE APPROVED SETTLEMENT

---

Having read the entirety of the joint Motion for Approval of Settlement Agreement (Doc.

#22), the memorandum filed in support of same, the Settlement Agreement and the attached

Declaration of Plaintiff's counsel, Bradley L. Gibson, this Court APPROVES said Joint Motion,

finding the Settlement Agreement between the individual Plaintiff and the Defendant to be fair,

reasonable and in the best interest of the respective parties.

Normally, in a manner pled as an FLSA collective action, a class is conditionally certified

and a previously approved notice is sent to all members of said collective action. However, in the

captioned cause, although the three Complaints filed herein were pled by Plaintiff, "individually

and on behalf of others similarly situated," the Motion for Class Certification was

OVERRRULED and never renewed by Plaintiff. Accordingly, no other employees received notice of the collective action and it is appropriate for this Court to approve the Settlement Agreement without the formalities of notice, etc.

This Court will retain jurisdiction to resolve any and all disputes that might arise from the Settlement Agreement.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 1, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record